IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | | |
|---|---|---|
| IN RE THE MATTER OF CERTAIN | ) | |
| BANK ACCOUNTS, EQUIPMENT AND | ) | Case No. 1:20mc00001 |
| REAL PROPERTY | ) | |

### ORDER TO UNSEAL CASE

On the motion of the United States, and for good cause shown, it is hereby **ORDERED** that this case is unsealed. However, because the previously filed documents in this case include financial account numbers, all previously filed documents shall remain under seal until further order of the court. The Government shall tender copies of the previously filed documents in this case with the financial account numbers redacted to the Clerk's Office by no later than March 11, 2020.

ENTERED: March 4, 2020.

/s/ *Pamela Meade Sargent*
UNITED STATES MAGISTRATE JUDGE