THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | | |
|---|---|---|
| United States of America. | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 1:20-mc-1 |
| | ) | |
| Certain Bank Accounts, Equipment, | ) | |
| and Real Property, | ) | |
| | ) | |
| Defendant. | ) | |

**APPLICATION FOR ADMISSION *PRO HAC VICE***

I, Stephen Ross Johnson, Esq., the undersigned attorney, do hereby apply to this tribunal of the United States District Court for the Western District of Virginia, Abingdon Division, to appear as counsel *pro hac vice*, pursuant to W.D. Va. Gen. R 6(d), for Defendant Michael Dube and Certain Bank Accounts, Equipment, and Real Property, and state as follows:

(1) I am an attorney licensed to practice law and a member in good standing with all the courts to which I am admitted. I am licensed to practice before the Tennessee Supreme Court (TN BPR #022140) and the United States District Court for the Eastern District of Tennessee. I am also admitted to practice before the United States Supreme Court, the United States Court of Appeals for the Fourth Circuit, the United States Court of Appeals for the Sixth Circuit, and United States Court of Appeals for the Seventh Circuit, the United States District Courts for the Middle and Western Districts of Tennessee, the Northern District of Florida, the Southern District of Illinois, and the Northern District of Indiana. Attached is a Certificate of Good Standing from the United States District Court for the Eastern District of Tennessee.

(2) I have been admitted *pro hac vice* previously before this Court, and I have ECF filing credentials.

(3) I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

(4) This forfeiture matter is directly related to *United States v. Michael Dube*, USDC WDVA No. 1:20mj00034-PMS, in which the Court has entered an Order approving my *pro hac vice* admission as counsel for Michael Dube. *Id.* [Order, Doc. 14].

Accordingly, I respectfully move to be admitted *pro hac vice* before this Honorable Court.

Signed on:   March 11, 2020

/s/Stephen Ross Johnson, Esq.
STEPHEN ROSS JOHNSON (TN BPR# 022140)
Ritchie, Dillard, Davies & Johnson, P.C.
606 W. Main Street, Suite 300
Knoxville, TN 37902
(865) 637-0661
johnson@rddjlaw.com